UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-81714-CV-MIDDLEBROOKS

JAMES MEAR,

    Plaintiff,

v.

TABLADA, INC., and PENNE PLAZA, LLC,

    Defendants.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon Stipulation of Dismissal with Prejudice, filed January 13, 2017. (DE 21). The Court notes, however, that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is

**ORDERED and ADJUDGED** that the Clerk of Court shall **CLOSE this CASE** and **DENY all PENDING MOTIONS as MOOT.**

**DONE and ORDERED** in Chambers, at West Palm Beach, Florida, this 19 day of January, 2017.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record